**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT TYRONE RUCKER, | ) | CASE NO. CV 12-06325 DOC (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| RANDY GROUNDYS, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of VINCENT TYRONE RUCKER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 15, 2013

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE